Isadore Scheinberg et al., Respondents, *v.* Scheinberg Estates, Inc., et al., Appellants.

(Submitted March 14, 1932; decided April 26, 1932.)

*Abraham H. Simon* for motion.
*Jay Leo Rothschild* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the judgment appealed from is not final.